1  Michael Stepanian (CSBN 037712)
   819 Eddy Street
2  San Francisco, CA 94109
   Telephone: (415) 771-6174
3  Fax: (415) 474-3748

4  Attorney for Defendant
   JEFFREY WELLER
5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              –o0o–

10 UNITED STATES OF AMERICA,

11                                          NO. CR-12-00756-SBA
            Plaintiff,
12                                          STIPULATION AND (PROPOSED)
                                            ORDER TO MODIFY BOND TO
13       vs.                                PERMIT OUT-OF-DISTRICT TRAVEL

14 JEFFREY WELLER,

15         Defendant.

16 _____/

17

18      IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian,

19 counsel for Jeffrey Weller, and Aaron Wegner, Assistant United States Attorney, that

20 Mr. Weller's bond be modified to permit out-of-district travel to Amador County in the Eastern

21 District of California for the purpose of a medical appointment on Friday, March 1, 2013, with

22 Thomas Bohay, M.D., 431 Sutter Hill Road, Sutter Creek, CA.  Mr. Weller will travel by

23 automobile on the evening of Thursday, February 28, 2013, and will be staying at the Jackson

24 Rancheria, 12222 New York Ranch Road, Jackson, CA.  He will return to his Berkeley residence

25 after his appointment of March 1, 2013.  During this time Mr. Weller can be reached by cell

26 phone at (510) 414-2829.

27      Mr. Stepanian has spoken to Pretrial Service Officer Timothy Elder who has no objection

28 to this proposed modification.  Mr. Weller may require follow-up visits with Dr. Bohay and

1  requests that any further visits to Dr. Bohay in the Eastern District of California be cleared by
2  Pretrial Services with no need for additional stipulations.  Pretrial Services agrees with this
3  condition.
4      AUSA Wegner has been advised of the terms of this modification and has no objection to
5  this order.

7  Date: February 25, 2013        /s/ Michael Stepanian
                                  MICHAEL STEPANIAN
8                                 Counsel for Defendant
                                  Jeffrey Weller

10 Date: February 25, 2013        /s/ Aaron Wegner
                                  AARON WEGNER
11                                Assistant United States Attorney

15 Dated: 2/26/13        IT IS SO ORDERED:

16                       _____
                         UNITED STATES MAGISTRATE JUDGE