1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   Attorney for Defendant
5  JEFFREY WELLER

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
                              –o0o–
12

13  UNITED STATES OF AMERICA,          CR 12-00756 SBA

14         Plaintiff,
                                       **STIPULATION AND ORDER TO**
15  vs.                                **CONTINUE DATE FOR**
                                       **SENTENCING**
16
    JEFFREY WELLER,
17
           Defendant.
18
                                    /
19

20
        It is hereby stipulated and agreed by Michael Stepanian, counsel for Jeffrey
21
    Weller, and Assistant United States Attorney Aaron D. Wegner, that the sentencing
22
    hearing in the above-referenced case, which is presently set for Thursday, May 9, 2013 at
23
    10:00 a.m., be continued to June 11, 2013 at 10:00 a.m.   This continuance is at the
24
    request of the defense due to scheduling conflicts.
25
    ///
26
    ///
27

28

U.S. Probation Officer Karen Mar has been advised of this request and has no objection.

Respectfully submitted,

Date: March 28, 2013          /s/ Michael Stepanian
                              MICHAEL STEPANIAN
                              Counsel for Defendant
                              Jeffrey Weller

Date: March 28, 2103          /s/ Aaron D. Wegner
                              AARON D. WEGNER
                              Assistant United States Attorney

SO ORDERED:

Date: March 29 , 2013         *Saundra B Armstrong*
                              SAUNDRA B. ARMSTRONG
                              United States District Court Judge