MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
JEFFREY WELLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

–o0o–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00756 SBA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE FOR SENTENCING** |
| JEFFREY WELLER, | |
| Defendant. | |

It is hereby stipulated and agreed by Michael Stepanian, counsel for Jeffrey Weller, and Assistant United States Attorney Aaron D. Wegner, that the sentencing hearing in the above-referenced case, which is presently set for Wednesday, July 3, 2013 at 9:00 a.m., be continued to August 20, 2013 at 9:00 a.m.   This continuance is at the request of defense due to scheduling conflicts.

///

///

U.S. Probation Officer Karen Mar has been advised of this request and has no objection.

                                                Respectfully submitted,

Date:  June 25, 2013              /s/ Michael Stepanian  
                                      MICHAEL STEPANIAN  
                                      Counsel for Defendant  
                                      Jeffrey Weller

Date:  June 25, 2013              /s/ Aaron D. Wegner  
                                      AARON D. WEGNER  
                                      Assistant United States Attorney

SO ORDERED:

Date: June 27 , 2013              *Saundra B Armstrong*  
                                      SAUNDRA B. ARMSTRONG  
                                      United States District Court Judge